E-FILED-6/28/16

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Oluwaremilekun Fagbemi Abubakar* | CASE NO. EDCV 15-1517-GHK (RAOx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Aetna Life Insurance Company, et al.* | |
| Defendants. | |

Pursuant to the Court's June 28, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff Oluwaremilekun Fagbemi Abubakar's Complaint against Defendants Aetna Life Insurance Company and Infosys Employee Benefit Plan is DISMISSED with prejudice.

**IT IS SO ORDERED**.

DATED: June 28, 2016

_____
GEORGE H. KING
Chief United States District Judge